# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00560-CR

**Michael T. McGoldrick, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 06-027-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On June 13, 2006, the trial court denied Michael T. McGoldrick's motion to reduce pretrial bail in a written order. On September 11, 2006, McGoldrick filed a notice of appeal from that order. This was, however, an interlocutory order from which no appeal is allowed. *Ex parte Shumake*, 953 S.W.2d 842, 846 (Tex. App.—Austin1997, no pet.). In any event, the notice of appeal was not timely. Tex. R. App. P. 26.2(a)(1). We lack jurisdiction to dispose of the purported appeal

in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   October 23, 2006

Do Not Publish